**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In Re: Triorient, LLC
Debtor(s)*

Case No.: 21−50462
Chapter: 7

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

**To the above named debtor:**

An Involuntary Petition under Title 11, United States Code was filed against you in the United States Bankruptcy Court on July 21, 2021, requesting an Order for Relief under Chapter 7 of the Bankruptcy Code (Title 11, United States Code).

YOU ARE SUMMONED and required to file with the Clerk of the United States Bankruptcy Court a Motion or Answer to the Petition within 21 days after the service of this Summons. A copy of the Petition is attached.

_____

**Address of the Clerk**

915 Lafayette Blvd
Bridgeport, CT 06604

_____

At the same time, you must also serve a copy of your motion or answer on Petitioner's Attorney and the Petitioner

_____

**Petitioners**

Cargill Corporation
15407 Mcginty Road W
Wayzata, MN 55391

CLDN Cobelfret Pte Ltd
3 Temasek Ave.,
#23−04 Centennial Tower
Singapore 039190

PCL (Shipping) Pte Ltd
1 Kim Seng Promenade #07−02
Great World City
Singapore 237994

_____

**Petitioner's Attorney**

Jeffrey Hellman
Law Offices of Jeffrey Hellman, LLC
195 Church Street
10th Floor
New Haven, CT 06510

_____

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this Summons, the Order for Relief will be entered.

Date: July 21, 2021



Clerk, U.S. Bankruptcy Court

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

Case No. 21–50462

# CERTIFICATE OF SERVICE

I _____(name), certifiy that on _____(date), I served this Summons and a copy of the Involuntary Petition on
_____(name), the debtor in this case. by *[describe the mode of service and the complete address at which the debtor was served].*


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.
Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
       *[Date]*                                          *[Signature]*


Print Name: _____
Business Address: _____
                    _____