United States Bankruptcy Court
District of Connecticut

In re: Triorient, LLC

Debtor(s)

Case No. 21-50462

Chapter 7

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/17/2021

/s/ Albert Winslow
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

Albert Winslow
355 Hill Farm Road
Fairfield, CT 06824

Alfred H. Knight de Mexcio S.A. de C.V.
Attn: Pres., GP., or Mng. Mbr.
Carretera Mazanillo Minatitlan Km 1, Col
Manzanillo, Colima, Mexico,  28239

American Express Travel Related Services Co.,
Attn: Pres., GP., or Mng. Mbr.
200 Vessey Street
New York, NY 10285

AT&T
Attn: Pres., GP., or Mng. Mbr.
PO Box 5002
Carol Stream, IL 60197

BlueVine
Attn: Pres., GP., or Mng. Mbr.
401 Warrant St., Ste. 300
Redwood City, CA 94063

Boanerges Agency, C.A.
Attn: Pres., GP., or Mng. Mbr.
Urb. Castillito Calle La Urbana con Carr
Piso 2-local 01, Puerto Ordaz Edo, Boliv

Bureau Veritas Commodities and Trade, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 847921
Dallas, TX 75284

Cargill Corporation
15407 Mcginty Road W
Wayzata, MN 55391

CCIC DO Brasil
Attn: Pres., GP., or Mng. Mbr.
Av. Ana Costa, 414-SL.96
Santos-SP, Brazil,  11060-002

China Railway No. 10 Engineering
Attn: Pres., GP., or Mng. Mbr.
Building No. 7, Plaza Shuntai Developmen
Jinan City, Shandong, China,

CLDN Cobelfret Pte Ltd
3 Temasek Ave.
Singapore 039190,

CVG Ferrominera Orinoco, C.A.
Attn: Pres., GP., or Mng. Mbr.
Av. Caracas, Ciudad Guayana
Bolívar, Venezuela,  8050

Darien Land Management, LLC
76 Tokeneke Road
Darien, CT 06820

Exiros B.V. Sucursal Paraguay
Attn: Pres., GP., or Mng. Mbr.
1266 WTC Torre 4 Piso 3
Montevideo, Uruguay,  11300

FedEx
Attn: Pres., GP., or Mng. Mbr.
PO Box 15618
Wilmington, DE 19850

Forward Financing
Attn: Pres., GP., or Mng. Mbr.
53 State Street, Fl. 20
Boston, MA 02109

Fox Capital
Attn: Pres., GP., or Mng. Mbr.
140 Broadway, 46th Fl.
New York, NY 10005

Frontier Communications
Attn: Pres., GP., or Mng. Mbr.
PO Box 740407
Cincinnati, OH 45274

Jeffrey Hellman
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT 06510

Joseph J. Cherico, Esq.
McCarter & English, LLC
201 Broad Street, One Canterbury Green
Stamford, CT 06901

Juan Facundo Santucci
162 Julian Street
Rye, NY 10580

Kabbage, Inc.
Attn: Pres., GP., or Mng. Mbr.
1410 Broadway, 16th Fl.
New York, NY 10018

Kinder Morgan
Attn: Pres., GP., or Mng. Mbr.
1900 Harbor Access Road
Newport News, VA 23607


Lennon, Murphy and Philips, LLC
Attn: Pres., GP., or Mng. Mbr.
1599 Post Road East
Westport, CT 06880


Lightpath/ Cablevision Lightpath LLC
Attn: Pres., GP., or Mng. Mbr.
PO Box 360111
Pittsburgh, PA 15251


MGA Macedo Garcia
Attn: Pres., GP., or Mng. Mbr.
Av. Pres. Juscelino Kubitschek
28 - Vila Nova Conceição,  São Paulo - S


Mid-Ship Group, LLC
Attn: Pres., GP., or Mng. Mbr.
145 Main Street
Port Washington, NY 11050


NPPG
Attn: Pres., GP., or Mng. Mbr.
494 Sycamore Avenue, Ste. 100
Shrewsbury, NJ 07702


Oldendorff Carriers GmbH & Co. KG
Attn: Pres., GP., or Mng. Mbr.
Willy-Brand-Alle 6
D-23 554 Lubeck, Germany,  23554


Optimum
Attn: Pres., GP., or Mng. Mbr.
1111 Stewart Avenue
Bethpage, NY 11714


Paychex
Attn: Pres., GP., or Mng. Mbr.
714 Brook Street
Norwalk, CT 06854


PCL (Shipping) Pte Ltd
1 Kim Seng Promenade  #07-02
Great World City
Singapore 237994,


Phoenix Bulk Carriers (BVI), LTD.
Attn: Pres., GP., or Mng. Mbr.
Palm Grove House, PO Box 438
Road Town, Tortola, British Virgin Islan


Poland Spring
Attn: Pres., GP., or Mng. Mbr.
6661 Dixie Hwy., Ste. 4
Louisville, KY 40258


Principal Life Insurance Company
Attn: Pres., GP., or Mng. Mbr.
PO Box 10372
Des Moines, IA 50306


RSM US LLP
Attn: Pres., GP., or Mng. Mbr.
5155 Paysphere Circle
Chicago, IL 60674


RWSMITH
Attn: Pres., GP., or Mng. Mbr.
PO Box 60587
Houston, TX 77205


Savin Copier
21146 Network Place
Chicago, IL 60673


SGS Brasil
Attn: Pres., GP., or Mng. Mbr.
Av. Andromeda, 832-7 andar, Barueri
North Haven, CT 06473


ST Shipping and Transport
Attn: Pres., GP., or Mng. Mbr.
1 Tenasek Avenue, #34-01 Millenia Tower
Singapore,  039192


State of Connecticut
Attn: Pres., GP., or Mng. Mbr.
450 Columbus Blvd., Ste. 1
Hartford, CT 06103


State of Connecticut Dept. of Revenue
Attn: Pres., GP., or Mng. Mbr.
450 Columbus Blvd., Ste. 1
Hartford, CT 06103

State of Connecticut, Dept. of Labor, ESD
Attn: Pres., GP., or Mng. Mbr.
200 Folly Brook Blvd.
Wethersfield, CT 06109

Stuart B. Ratner, P.C.
Attn: Pres., GP., or Mng. Mbr.
1111 Summer Street
Stamford, CT 06905

Swift Financial
Attn: Pres., GP., or Mng. Mbr.
3505 Silverside Road, Ste. 200
Wilmington, DE 19810

The Charterers P&I Club
Attn: Pres., GP., or Mng. Mbr.
66 Leadenhall Street
London, England,  EC3A 2AD

The Hartford
Attn: Pres., GP., or Mng. Mbr.
PO Box 660916
Dallas, TX 75266

Town of Darien
Tax Collector's Office
2 Renshaw Road
Darien, CT 06820

TPX Communication
Attn: Pres., GP., or Mng. Mbr.
PO Box 984001
Boston, MA 02298

Triorient Coal, LLC
76 Tokeneke Road
Darien, CT 06820

VIC Inspection Services
Attn: Pres., GP., or Mng. Mbr.
PO Box 123963, HUD Business Centere
Jumeirah Lakes Towers, Dubai, UAE,

Wells Fargo Bank, N.A.
1700 Lincoln Street
3rd Floor
Denver, CO 80203

Wyatt, Tarrant & Combs, LLP
Attn: Pres., GP., or Mng. Mbr.
250 West Main Street, Ste. 1600
Lexington, KY 40507

Zeisler & Zeisler, P.C.
Attn: Pres., GP., or Mng. Mbr.
10 Middle Street, 15th Fl.
Bridgeport, CT 06604