United States Bankruptcy Court
District of Connecticut

In re:  
Triorient, LLC  
    Debtor

Case No. 21-50462-jam  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-5      User: admin      Page 1 of 3  
Date Rcvd: Jan 10, 2022      Form ID: 2040      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Triorient, LLC, 76 Tokeneke Road, Darien, CT 06820-4610 |
| cr | + | American Express National Bank c/o Zwicker & Assoc, 80 MInuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| ptcrd | | CLDN Cobelfret Pte Ltd, 3 Temasek Ave., #23-04 Centennial Tower, Singapore, 039190 |
| ptcrd | + | Cargill Corporation, 15407, Mcginty Road W, Wayzata, MN 55391-2399 |
| 9317283 | + | AT&T, Attn: Pres., GP., or Mng. Mbr., PO Box 5002, Carol Stream, IL 60197-5002 |
| 9317280 | + | Albert Winslow, 355 Hill Farm Road, Fairfield, CT 06824-2131 |
| 9317281 | | Alfred H. Knight de Mexcio S.A. de C.V., Attn: Pres., GP., or Mng. Mbr., Carretera Mazanillo Minatitlan Km 1, Col, Manzanillo, Colima, Mexico, 28239 |
| 9317286 | + | Bureau Veritas Commodities and Trade, Inc., Attn: Pres., GP., or Mng. Mbr., PO Box 847921, Dallas, TX 75284-7921 |
| 9317288 | | CCIC DO Brasil, Attn: Pres., GP., or Mng. Mbr., Av. Ana Costa, 414-SL.96, Santos-SP, Brazil, 11060-002 |
| 9317290 | | CLDN Cobelfret Pte Ltd, 3 Temasek Ave., Singapore 039190, |
| 9317320 | ++ | CONNECTICUT DEPARTMENT OF REVENUE SERVICES, ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM, 450 COLUMBUS BLVD STE 1, HARTFORD CT 06103-1837 address filed with court:, State of Connecticut, Attn: Pres., GP., or Mng. Mbr., 450 Columbus Blvd., Ste. 1, Hartford, CT 06103 |
| 9317291 | | CVG Ferrominera Orinoco, C.A., Attn: Pres., GP., or Mng. Mbr., Av. Caracas, Ciudad Guayana, Bolvar, Venezuela, 8050 |
| 9317287 | + | Cargill Corporation, 15407 Mcginty Road W, Wayzata, MN 55391-2399 |
| 9317289 | | China Railway No. 10 Engineering, Attn: Pres., GP., or Mng. Mbr., Building No. 7, Plaza Shuntai Developmen, Jinan City, Shandong, China, |
| 9317292 | + | Darien Land Management, LLC, 76 Tokeneke Road, Darien, CT 06820-4610 |
| 9317294 | + | FedEx, Attn: Pres., GP., or Mng. Mbr., PO Box 15618, Wilmington, DE 19850-5618 |
| 9317296 | + | Fox Capital, Attn: Pres., GP., or Mng. Mbr., 140 Broadway, 46th Fl., New York, NY 10005-1100 |
| 9317298 | + | Jeffrey Hellman, Law Offices of Jeffrey Hellman, LLC, 195 Church Street, 10th Floor, New Haven, CT 06510-2009 |
| 9317299 | | Joseph J. Cherico, Esq., McCarter & English, LLC, 201 Broad Street, One Canterbury Green, Stamford, CT 06901 |
| 9317300 | + | Juan Facundo Santucci, 162 Julian Street, Rye, NY 10580-2055 |
| 9317301 | + | Kabbage, Inc., Attn: Pres., GP., or Mng. Mbr., 1410 Broadway, 16th Fl., New York, NY 10018-9339 |
| 9317302 | + | Kinder Morgan, Attn: Pres., GP., or Mng. Mbr., 1900 Harbor Access Road, Newport News, VA 23607-5671 |
| 9317303 | + | Lennon, Murphy and Philips, LLC, Attn: Pres., GP., or Mng. Mbr., 1599 Post Road East, Westport, CT 06880-5602 |
| 9317304 | + | Lightpath/ Cablevision Lightpath LLC, Attn: Pres., GP., or Mng. Mbr., PO Box 360111, Pittsburgh, PA 15251-6111 |
| 9317306 | + | Mid-Ship Group, LLC, Attn: Pres., GP., or Mng. Mbr., 145 Main Street, Port Washington, NY 11050-3239 |
| 9317307 | + | NPPG, Attn: Pres., GP., or Mng. Mbr., 494 Sycamore Avenue, Ste. 100, Shrewsbury, NJ 07702-4217 |
| 9317308 | | Oldendorff Carriers GmbH & Co. KG, Attn: Pres., GP., or Mng. Mbr., Willy-Brand-Alle 6, D-23 554 Lubeck, Germany, 23554 |
| 9317311 | | PCL (Shipping) Pte Ltd, 1 Kim Seng Promenade #07-02, Great World City, Singapore 237994, |
| 9317310 | | Paychex, Attn: Pres., GP., or Mng. Mbr., 714 Brook Street, Norwalk, CT 06854 |
| 9317313 | + | Poland Spring, Attn: Pres., GP., or Mng. Mbr., 6661 Dixie Hwy., Ste. 4, Louisville, KY 40258-3950 |
| 9317314 | + | Principal Life Insurance Company, Attn: Pres., GP., or Mng. Mbr., PO Box 10372, Des Moines, IA 50306-0372 |
| 9317315 | + | RSM US LLP, Attn: Pres., GP., or Mng. Mbr., 5155 Paysphere Circle, Chicago, IL 60674-0001 |
| 9317316 | + | RWSMITH, Attn: Pres., GP., or Mng. Mbr., PO Box 60587, Houston, TX 77205-0587 |
| 9317318 | | SGS Brasil, Attn: Pres., GP., or Mng. Mbr., Av. Andromeda, 832-7 andar, Barueri, North Haven, CT 06473 |
| 9317319 | | ST Shipping and Transport, Attn: Pres., GP., or Mng. Mbr., 1 Tenasek Avenue, #34-01 Millenia Tower, Singapore, 039192 |
| 9317317 | + | Savin Copier, 21146 Network Place, Chicago, IL 60673-1211 |
| 9317321 | + | State of Connecticut Dept. of Revenue, Attn: Pres., GP., or Mng. Mbr., 450 Columbus Blvd., Ste. 1, Hartford, CT 06103-1837 |
| 9317322 | + | State of Connecticut, Dept. of Labor, ESD, Attn: Pres., GP., or Mng. Mbr., 200 Folly Brook Blvd., Wethersfield, CT 06109-1114 |
| 9317323 | + | Stuart B. Ratner, P.C., Attn: Pres., GP., or Mng. Mbr., 1111 Summer Street, Stamford, CT 06905-5508 |
| 9317328 | + | TPX Communication, Attn: Pres., GP., or Mng. Mbr., PO Box 984001, Boston, MA 02298-4001 |
| 9317325 | | The Charterers P&I Club, Attn: Pres., GP., or Mng. Mbr., 66 Leadenhall Street, London, England, EC3A 2AD |
| 9317326 | + | The Hartford, Attn: Pres., GP., or Mng. Mbr., PO Box 660916, Dallas, TX 75266-0916 |
| 9317327 | + | Town of Darien, Tax Collector's Office, 2 Renshaw Road, Darien, CT 06820-5344 |

Case 21-50462    Doc 50    Filed 01/12/22    Entered 01/13/22 00:17:36    Page 2 of 5

| District/off: 0205-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: 2040 | Total Noticed: 55 |

| | | |
|---|---|---|
| 9317329 | + | Triorient Coal, LLC, 76 Tokeneke Road, Darien, CT 06820-4610 |
| 9317330 | | VIC Inspection Services, Attn: Pres., GP., or Mng. Mbr., PO Box 123963, HUD Business Centere, Jumeirah Lakes Towers, Dubai, UAE, |
| 9317332 | + | Wyatt, Tarrant & Combs, LLP, Attn: Pres., GP., or Mng. Mbr., 250 West Main Street, Ste. 1600, Lexington, KY 40507-1746 |
| 9322270 | + | Wyatt, Tarrant & Combs, LLP, Attn: Mary L. Fullington, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746 |
| 9317333 | + | Zeisler & Zeisler, P.C., Attn: Pres., GP., or Mng. Mbr., 10 Middle Street, 15th Fl., Bridgeport, CT 06604-4299 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9317284 | Email/Text: andy.shaw@bluevine.com | Jan 10 2022 18:28:00 | BlueVine, Attn: Pres., GP., or Mng. Mbr., 401 Warrant St., Ste. 300, Redwood City, CA 94063 |
| 9317320 | Email/Text: DRS.Bankruptcy@ct.gov | Jan 10 2022 18:28:00 | State of Connecticut, Attn: Pres., GP., or Mng. Mbr., 450 Columbus Blvd., Ste. 1, Hartford, CT 06103 |
| 9317295 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 10 2022 18:28:00 | Forward Financing, Attn: Pres., GP., or Mng. Mbr., 53 State Street, Fl. 20, Boston, MA 02109-3204 |
| 9317297 | + Email/Text: bankruptcynotification@ftr.com | Jan 10 2022 18:28:00 | Frontier Communications, Attn: Pres., GP., or Mng. Mbr., PO Box 740407, Cincinnati, OH 45274-0407 |
| 9317309 | + Email/Text: bcwrtoff@cablevision.com | Jan 10 2022 18:28:00 | Optimum, Attn: Pres., GP., or Mng. Mbr., 1111 Stewart Avenue, Bethpage, NY 11714-3533 |
| 9317324 | Email/Text: Bankruptcy@swiftcapital.com | Jan 10 2022 18:28:00 | Swift Financial, Attn: Pres., GP., or Mng. Mbr., 3505 Silverside Road, Ste. 200, Wilmington, DE 19810 |
| 9318243 | Email/Text: Bankruptcy@swiftcapital.com | Jan 10 2022 18:28:00 | Swift Financial, LLC, as servicing, agent for WebBank, Attn: President, 3505 Silverside Rd., Suite 200, Wilmington, DE 19810 |
| 9317321 | + Email/Text: DRS.Bankruptcy@ct.gov | Jan 10 2022 18:28:00 | State of Connecticut Dept. of Revenue, Attn: Pres., GP., or Mng. Mbr., 450 Columbus Blvd., Ste. 1, Hartford, CT 06103-1837 |
| 9317331 | + EDI: WFFC.COM | Jan 10 2022 23:28:00 | Wells Fargo Bank, N.A., 1700 Lincoln Street, 3rd Floor, Denver, CO 80203-4501 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Swift Financial, LLC |
| 9317285 | | Boanerges Agency, C.A., Attn: Pres., GP., or Mng. Mbr., Urb. Castillito Calle La Urbana con Carr, Piso 2-local 01, Puerto Ordaz Edo, Boliv |
| 9317293 | | Exiros B.V. Sucursal Uaraguay, Attn: Pres., GP., or Mng. Mbr., Luis Bonavita 1266 1266 WTC, Torre 4 Piso 3, Montevideo, UY 11300 |
| 9317305 | | MGA Macedo Garcia, Attn: Pres., GP., or Mng. Mbr., Av. Pres. Juscelino Kubitschek, 28 - Vila Nova Conceio, So Paulo |
| 9317312 | | Phoenix Bulk Carriers (BVI), LTD., Attn: Pres., GP., or Mng. Mbr., Palm Grove House, PO Box 438, Road Town, Tortola, British Virgin Islan |
| ptcrd | * | PCL (Shipping) Pte Ltd, 1 Kim Seng Promenade #07-02, Great World City, Singapore, 237994 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0205-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 10, 2022 | Form ID: 2040 | Total Noticed: 55 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George I. Roumeliotis | trustee@roumeliotislaw.com ma52@ecfcbis.com |
| George I. Roumeliotis | on behalf of Trustee George I. Roumeliotis trustee@roumeliotislaw.com ma52@ecfcbis.com |
| Jeffrey Hellman | on behalf of Petitioning Creditor CLDN Cobelfret Pte Ltd jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Petitioning Creditor Cargill Corporation jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com |
| Jeffrey Hellman | on behalf of Petitioning Creditor PCL (Shipping) Pte Ltd jeff@jeffhellmanlaw.com christen@jeffhellmanlaw.com |
| Kari A. Mitchell | on behalf of U.S. Trustee U. S. Trustee kari.mitchell@usdoj.gov |
| Scott Dellaventura | on behalf of Creditor Swift Financial  LLC sdellaventura@tobinandmelien.com |
| Stephen M. Kindseth | on behalf of Debtor Triorient  LLC skindseth@zeislaw.com, swenthen@zeislaw.com;kjoseph@zeislaw.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 9

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 10, 2022

In re:
    Triorient, LLC
    Debtor*

Case Number: 21−50462
Chapter: 7

### NOTICE SETTING PROOF OF CLAIM DEADLINE
### IN CONNECTION WITH TRUSTEE'S REPORT OF ASSETS

   On July 21, 2021, Triorient, LLC (the "Debtor") filed this Chapter 7 case. An Official Form 309A, Notice of Chapter 7 Bankruptcy Case − No Proof of Claim Deadline, was issued and served based upon the information filed in the Debtor's case that there were insufficient assets to pay a dividend to creditors. After Official Form 309A was issued, the Chapter 7 Trustee filed a Report of Assets on January 10, 2022, ECF No. 48, which states one or more assets or claims have been discovered that may provide a dividend to creditors.

   **Creditors who wish to share in any distribution of funds must file a Proof of Claim in the Debtor's case by filing it with the Bankruptcy Court on or before: April 11, 2022 ("the Proof of Claim Deadline").**     Creditors who do not file a Proof of Claim on or before the Proof of Claim Deadline will not share in any distribution from the Debtor's estate.

   A Proof of Claim form, Official Form B 410, must be used to file a Proof of Claim and is attached to this Notice. If you would like to obtain another Proof of Claim form, Official Form B 410, one can be obtained at the Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut. You can also obtain a Proof of Claim form, Official Form B 410, in fillable format on the Bankruptcy Court's website, www.ctb.uscourts.gov by clicking on the ***Official Forms*** tab and typing ***"B 410"*** in the ***"Search by form number, name or keyword"*** search bar, or at https://www.uscourts.gov/forms/bankruptcy−forms/proof−claim−0.

   The Proof of Claim form may be filed in the Bankruptcy Court by mailing it through the U.S. Mail. If you wish to receive proof of the receipt of the Proof of Claim, please enclose a copy of the Proof of Claim together with a self−addressed, stamped envelope, or go to the Court's PACER system (www.pacer.psc.uscourts.gov) to view the filed Proof of Claim form. A creditor may also file a Proof of Claim by registering to become a CM/ECF User. *See* D. Conn. Bankr. L. R. Appendix A, Section 2(b), page A−2.
See, https://www.ctb.uscourts.gov/how−obtain−login−and−password−cmecf, and, download "CM/ECF User Registration Form." There is no filing fee to file a Proof of Claim.

   **Any creditor who has filed a Proof of Claim in this case does need not to file another Proof of Claim.**

**Government Agencies** who wish to file a Proof of Claim should do so on or before the date listed above or within 180 days after the date the Order for Relief was entered in the Debtor's, whichever is the latter.

Dated: January 10, 2022

          Pietro Cicolini
          Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 2040 − sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.